IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER AMERSON, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00387-MTT-MSH |
| | * |
| Commissioner TYRONE OLIVER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated December 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 6th day of December, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk